**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-185-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE (First Request)** |
| v. | |
| RAUL FIGUEROA JR., | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's trial date is currently scheduled for June 22, 2022. To date, defense counsel has had trouble opening the discovery and has a scheduled calendar conflict.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

**ORDER**

IT IS ORDERED that the ~~sentencing hearing~~ bench trial currently scheduled for June 22, 2022 at 9:00 a.m. be vacated and continued to July 27, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

Dated this 22nd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
HON. ELAYNA J. YOUCHAH