# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RAUL FIGUEROA JR.,<br><br>　　　Defendant. | Case No. 2:22-mj-185-EJY<br><br>**STIPULATION TO CONTINUE TRIAL DATE (First Request)** |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　1.　　Defendant's trial date is currently scheduled for July 27, 2022. To date, defense counsel just recently received the discovery via Fedex and has a scheduled calendar conflict.

　　　2.　　The defendant is not in custody and does not object to the continuance.

　　　3.　　The parties agree to the continuance.

　　　4.　　The additional time requested herein is not sought for purposes of delay, but

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

**ORDER**

IT IS ORDERED that the Bench Trial currently scheduled for July 27, 2022 at 9:00 a.m. be vacated and continued to October 5, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

Dated this 26th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
HON. ELAYNA J. YOUCHAH

4