**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RAUL FIGUEROA JR.,

        Defendant.

Case No. 2:22-mj-185-EJY

**STIPULATION TO CONTINUE
TRIAL DATE (First Request)**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

5.      Defendant's trial date is currently scheduled for October 5, 2022.  A revised offer was made on behalf of the defendant and defense counsel has not had a chance to relay the offer to the defendant and has a scheduled calendar conflict.

1.      The defendant is not in custody and does not object to the continuance.

2.      The parties agree to the continuance.

3.      The additional time requested herein is not sought for purposes of delay, but

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

### **ORDER**

IT IS ORDERED that the Bench Trial currently scheduled for October 5, 2022 at 9:00 a.m. be vacated and continued to December 14, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

Dated this 5th day of October, 2022.

UNITED STATES MAGISTRATE JUDGE
HON. ELAYNA J. YOUCHAH