**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL FIGUEROA JR.,<br><br>　　　　Defendant. | Case No. 2:22-mj-185-EJY<br><br>**STIPULATION TO CONTINUE TRIAL DATE (First Request)** |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's trial date is currently scheduled for Defendant 14, 2022. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defense counsel has a schedule conflict and will be in Northern Nevada on December 14, 2022.

3. 　　The defendant is not in custody and does not object to the continuance.

4. 　　The parties agree to the continuance.

5. 　　The additional time requested herein is not sought for purposes of delay, but

/ / /

/ / /

/ / /

/ / /

/ / /

3

merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

**ORDER**

IT IS ORDERED that the Bench Trial currently scheduled for December 14, 2022 at 9:00 a.m. be vacated and continued to February 22, 2023 at the hour of 9:00 a.m. in Courtroom 3D.

Dated this __14th__ day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
HON. ELAYNA J. YOUCHAH