UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL FIGUEROA JR.,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00185-EJY<br><br>**ORDER** |

　　　This matter, having come before the Court on December 12, 2024 for an initial appearance regarding revocation of probation, Defendant having admitted violation number 1 as alleged in the petition to revoke (ECF No. 30), and violations number 2, 3, and 4 having been dismissed, the Court finds the petition to revoke probation based on Defendant's admission is GRANTED.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant is sentenced to a period of incarceration commencing at approximately 3:30 p.m. on December 18, 2024, and ending at approximately 8 a.m. on Friday, January 3, 2025, with no supervision to follow.

　　　Dated this 18th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE